**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1544**

———————

LAZONA GALE SPEARS,

                                        Plaintiff - Appellant,

        versus

BETSY JOHNSON HEALTH CARE SYSTEMS,
INCORPORATED; DONNA WIMBERLY, individually and
in her official capacity as Director of
Nursing; BETTE MATNEY, individually and in her
official capacity as Human Resources Manager;
DENNIS J. COFFEY, individually and in his
official capacity as Vice-President of
Finance; SHANNON BROWN, individually and in
his official capacity as Administrator,

                                        Defendants - Appellees,

        and

JOSEPH CLAY POTTER, in his capacity as
Operating Room Manager,

                                        Defendant.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge.  (CA-01-962-5-BO)

———————

Submitted:  November 4, 2005        Decided:  December 29, 2005

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

_____

Lazona Gale Spears, Appellant Pro Se.  Benjamin Norman Thompson, L. Diane Tindall, Mary M. Williams, WYRICK, ROBBINS, YATES & PONTON, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lazona Gale Spears appeals the district court's orders granting Defendants' motion for summary judgment and dismissing her civil action alleging claims arising from her employment, and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Spears v. Betsy Johnson Health Care Sys., Inc., No. CA-01-962-5-BO (E.D.N.C. Feb. 3 & Apr. 11, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED